IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMON MARTINEZ,

    Petitioner,                      No. CIV S-11-0612 EFB P

    vs.

RICHARD B. IVES,

    Respondent.                    <u>ORDER</u>

                                   /

On August 4, 2011, respondent filed a motion to dismiss. *See* Dckt. No. 12. Petitioner has filed a motion for "Leave to File a Traverse." *See* Dckt. No. 13. Previously, the court instructed petitioner that his opposition or statement of non-opposition was due within 30 days of service of respondent's motion. The court construes petitioner's filing as a request for an extension of time to file an opposition to respondent's motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 15, 2011 motion is granted and petitioner has 30 days from the date of this order to file an opposition or statement of non-opposition to respondent's motion.

DATED: August 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE